THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Deavero Green, Appellant.
 
 
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-249   
Submitted May 1, 2011  Filed May 24, 2011

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of
 Columbia, for Appellant
 Attorney General Alan Wilson, Chief Deputy
 John W. McIntosh, and Assistant Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Deavero Green appeals his conviction for lewd act upon
 a minor, arguing the trial court's charge concerning reasonable doubt was
 confusing and lessened the State's burden of proof.  After a thorough review of the record, counsel's brief,
 and Green's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., and
 CURETON and GOOLSBY, A.JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.